IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2025 JUL 23 PM 12: 32
OFFICE OF THE CLERK

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:25CR157 |
| vs. | INDICTMENT<br>8 U.S.C. § 1326(a)<br>18 U.S.C. § 111(a)(1) |
| IGNACIO GALVEZ AGUILAR, | |
| Defendant. | |

The Grand Jury charges that

## COUNT I

On or about June 24, 2025, in the District of Nebraska, the defendant, IGNACIO GALVEZ AGUILAR, an alien, who previously had been excluded, deported, and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or her designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 203(3) & (4) and Section 557), having expressly consented to defendant's reapplication for admission into the United States.

In violation of Title 8, United States Code, Section 1326(a).

## COUNT II

On or about June 24, 2025, in the District of Nebraska, the Defendant, IGNACIO GALVEZ AGUILAR, did knowingly and intentionally forcibly assault, resist, oppose, impede, intimidate, and interfere with federal law enforcement officers who were engaged in the performance of their official duties.

In violation of Title 18, United States Code, Section 111(a)(1).

1

A TRUE BILL.

_____
FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

_____
KIMBERLY C. BUNJER
Assistant U.S. Attorney